Southeastern Pennsylvania Transportation Authority *v.* Philadelphia Transportation Company, Appellant.

Argued March 14, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused September 26, 1967.

*Arnold R. Ginsburg* and *Philip Price,* with them *Robert M. Landis,* and *Dechert, Price & Rhoads,* for appellants.

*Edward G. Bauer, Jr.,* City Solicitor, with him *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, for City of Philadelphia, appellee.

*William T. Coleman, Jr.* and *Lewis H. Van Dusen, Jr.,* with them *Richardson Dilworth, J. Alan Kugle, David P. Bruton,* and *Dilworth, Paxson, Kalish, Kohn & Levy,* and *Drinker, Biddle & Reath,* for appellee.

OPINION PER CURIAM, July 27, 1967:
Decree affirmed.

DISSENTING OPINION BY MR. JUSTICE ROBERTS:

In view of the decision in the declaratory judgment action between the same parties, decided today, the issues raised by this appeal have become moot. I would therefore dismiss this appeal without expressing any views as to the propriety of the restraining order.

Mr. Chief Justice BELL and Mr. Justice O'BRIEN join in this opinion.